IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z. MOLDO,
Chapter 7 Trustee - IN RE JOSEPH EDWARD
SLOAN, Debtor,

        Plaintiffs,

vs.                                        Civ. No. 00-702 BB/WWD ACE

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
and RANDAL W. ROBERTS, ESQ.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Plaintiffs' Motion to Determine Sufficiency of Defendant State Farm's Response to Request for Admissions [docket no. 152] filed March 26, 2001. Plaintiffs ask the Court to determine the sufficiency Defendant State Farm's responses to request for admissions numbered 1, 2, 3, 4, 6, 8, 12, 13, 14, and 15.

No further response will be required with respect to request for admissions numbered 6, 8, 12, 13, and 14. The responses to request for admissions numbered 1, 2, 3, 4, and 15 are insufficient. Defendant State Farm shall furnish full and complete responses to request for admissions numbered 1, 2, 3, 4, and 15 on or before May 15, 2001. If State Farm fails to make sufficient responses within the time frame set, request for admissions numbered 1, 2, 3, 4, and 15 shall be deemed admitted.

      **IT IS SO ORDERED**.

                                                                 UNITED STATES MAGISTRATE JUDGE