IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z. MOLDO,
Chapter 7 Trustee - IN RE JOSEPH EDWARD
SLOAN, Debtor,

        Plaintiffs,

vs.                                                                            Civ. No. 00-702 BB/WWD ACE

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
and RANDAL W. ROBERTS, ESQ.,

        Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

        On March 9, 2001, Plaintiffs served nine notices of Rule 30(b)(6) videotape depositions covering the following areas, to wit: the issue of storage of discovery documents; the issue of data mining; the issue of State Farm's electronic audit; the issue of audit command; the issue of State Farm's claims research department; the issue of publications, newspapers, claims manuals and claimant manuals; the issue of State Farm's video visual department; the issue of automation procedures; and the issue of training and education of claims personnel.

        State Farm, on March 15, 2001, filed a motion for protective order with regard to each of the aforementioned notices of depositions, and these motions for protective order were docketed as items No. 110, 112, 114, 116, 118, 120, 122, 124, and 126.

        In each case service was made in violation of D.N.M. LR-Civ. 30.1 since the depositions were scheduled on March 15 and March 16, both dates being less than the fourteen days notice required by the local rule. Additionally, Defendants allege that Plaintiffs failed to confer in good faith regarding scheduling of depositions as required by D.N.M. LR-Civ. 30.1. Other objections

by State Farm need not be discussed.  Plaintiffs have waited until the last days of the rather lengthy discovery period and have attempted, improperly, to carry on a belated intensive discovery campaign without observing our local rules.

**WHEREFORE,**

**IT IS ORDERED** that Defendant's Motions for Protective Order [docket nos. 110, 112, 114, 116, 118, 120, 122, 124, and 126] be, and they are hereby, GRANTED, and the depositions sought to be scheduled are vacated.

_____
UNITED STATES MAGISTRATE JUDGE