IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z. MOLDO,
Chapter 7 Trustee - IN RE JOSEPH EDWARD
SLOAN, Debtor,

      Plaintiffs,

vs.                                                                   Civ. No. 00-702 BB/WWD ACE

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
and RANDAL W. ROBERTS, ESQ.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiffs' Motion for Leave of Court to File Surreply to Defendant State Farm's Reply in Support of Motion for Protective Order Regarding Deposition to Laura Johnson Burke and to Strike Affidavit of Gary Fye [docket no. 215]. The motion was filed April 25, 2001. I do not find that consideration of a surreply in this instance is necessary.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiffs' Motion for Leave of Court to File Surreply to Defendant State Farm's Reply in Support of Motion for Protective Order Regarding Deposition to Laura Johnson Burke and to Strike Affidavit of Gary Fye [docket no. 215] be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE