IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z. MOLDO,
Chapter 7 Trustee - In Re JOSEPH EDWARD SLOAN,
Debtor,

        Plaintiffs,

vs.                                        Civ. No. 00-702 BB/WWD ACE

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
and RANDAL W. ROBERTS, ESQ.,

        Defendants.

MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon a Motion for Protective Order Regarding Depositions of Jennifer Slutz, Kevin Kopp, Rebecca Tafoya, Mike Carroll, Karen Lovato and Linda Cole [docket no. 137] filed by Defendant State Farm Mutual Automobile Insurance Company on March 22, 2001. Defendant argues that the depositions of these witnesses are untimely in that "[a]ll discovery in this cause shall be completed by March 16, 2001," (Order, dated July 20, 2000). Defendant State Farm also argues that Plaintiffs failed to confer with it concerning the scheduling of the aforementioned depositions. The time set for the depositions above is outside the period of time allowed for discovery. The Motion for Protective Order Regarding Depositions of Jennifer Slutz, Kevin Kopp, Rebecca Tafoya, Mike Carroll, Karen Lovato and Linda Cole [docket no. 137] is well taken and it will be GRANTED.

        **IT IS SO ORDERED.**

                                                          _____
                                                           UNITED STATES MAGISTRATE JUDGE