IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z. MOLDO,
Chapter 7 Trustee - IN RE JOSEPH EDWARD
SLOAN, Debtor,

        Plaintiffs,

vs.                                                                                          Civ. No. 00-702 BB/WWD ACE

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
and RANDAL W. ROBERTS, ESQ.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Plaintiffs' Motion to Compel Answers to Interrogatories from Defendant State Farm filed March 26, 2001 [docket no. 150]. On February 14, 2001, Plaintiffs propounded thirteen interrogatories with various subparts to Defendant State Farm. State Farm contends that the number of interrogatories propounded by Plaintiffs exceeds the limit set by the Court; that the interrogatories are not relevant; and that they are poorly drafted, overly broad, burdensome, and oppressive. In some responses (Interrogatories 1, 2, 7, 9, 10, 11, 12, and 13) State Farm objects that the question is vague; in some the objection is that the interrogatory is ambiguous (1, 2, 5, 7, 9, 10, 11, and 12); in some the objection is that the interrogatory seeks material which may be protected by the attorney-client privilege or as work product or other "confidential" information(1, 4, 7, 8, 9, 10, 11, and 12); and, in some the objection is that the interrogatory is argumentative (2, 3, 5, and 7). State Farms' objections are

-1-

numerous and are at times well taken. Viewing the Interrogatories one by one I find that the objections or responses to interrogatories 1, 3, 4, 6, 7, 8, 9, 10, and 11 are sufficient and no further response will be required to those interrogatories. On or before June 6, 2001, State Farm shall serve full and complete responses to Interrogatories 2, 5 (including specific references to the materials in the claims file), 12, and 13.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE