IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z. MOLDO,
Chapter 7 Trustee - In Re JOSEPH EDWARD SLOAN,
Debtor,

      Plaintiffs,

vs.                                                        Civ. No. 00-702 BB/WWD ACE

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
and RANDAL W. ROBERTS, ESQ.,

      Defendants.

## ORDER

This matter having come before the Court upon a Request for Hearing and for the Presentation of Live Testimony at Hearing [docket no. 157] filed March 26, 2001; the Court being fully advised in the premises; and the Court finding that the motion is not well taken;

**IT IS ORDERED** that Plaintiff's Request for Hearing and for the Presentation of Live Testimony at Hearing be, and it is hereby, DENIED.

                                                      UNITED STATES MAGISTRATE JUDGE