IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH EDWARD SLOAN, BRYON Z.
MOLDO, Chapter 7 Trustee – In re Joseph
Edward Sloan, Debtor,

      Plaintiffs,

vs.                                                     Civ. No. 00-702 BB/WWD

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion to Amend Magistrate Deaton's Proposed Findings & Recommendations Regarding Pre-Judgment Interest Given the District Court's Order Awarding Prejudgment Interest [docket no. 430]. Since the District Judge can elect to follow or not to follow my recommendation in this matter, I will not amend the recommendation previously made. Apparently, no objections to the recommendation have been filed pursuant to Fed. R. Civ. P. 72(a).

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion to Amend Magistrate Deaton's Proposed Findings & Recommendations Regarding Pre-Judgment Interest Given the District Court's Order Awarding Prejudgment Interest [docket no. 430] be, and it is hereby, DENIED.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE